IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00750-REB-BNB

DON ALTON HARPER,

 Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

 Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

 This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis.*

 **THEREFORE, IT IS ORDERED** as follows:

 1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

 2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

 3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated August 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00750-REB-BNB

Don Alton Harper
Reg. No. 24496-013
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

P. Urbano, P.A., and Norman S. Rosenthal, M.D. - *****WAIVER**
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on P. Urbano, and Norman S. Rosenthal, M.D.: to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 07/19/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/14/07

                                                  GREGORY C. LANGHAM, CLERK

                                                  By: _____
                                                                    Deputy Clerk