IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-00750-REB-BNB

DONALD ALTON HARPER,

Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

Defendants
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for More Definite Statement** [Doc. #40, filed 10/4/07] (the "Motion").  In his Motion, the plaintiff asks several questions regarding his case and how to proceed. For example, the plaintiff asks, "Should I be aloud [sic] to collect monetary damages for personal injuries and suffering and pain."   Motion at p.1.

I cannot give the plaintiff legal advice.  Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated October 18, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge