IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-00750-REB-BNB

DONALD ALTON HARPER,

Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

Defendants

_____

## ORDER

_____

On August 14, 2007, the Court ordered the United States Marshal to serve the defendants

with a copy of the complaint and summons [Doc. #27].  On August 23, 2007, counsel for the

Federal Bureau of Prisons ("BOP") filed a letter which states that defendant Norman Rosenthal

"is not with the Federal Bureau of Prisons" [Doc. #30].  Counsel for the BOP did not provide a

forwarding address for Dr. Rosenthal.  Accordingly,

IT IS ORDERED that on or before November 2, 2007, counsel for defendant Urbano

shall provide the Court with Dr. Rosenthal's current or last known address.

Dated October 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge