IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-00750-REB-BNB

DONALD ALTON HARPER,

Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

Defendants
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff entitled **By Motion Requesting Leave from the Court to Order the Attorney's Office to Respond to All Questions** [Doc. #48, filed 10/19/07] (the "Motion").

"An application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . ." Fed.R.Civ.P. 7(b).  The Motion here is unintelligible, and it is impossible to discern what relief, if any, the plaintiff is seeking.

IT IS ORDERED that the Motion is DENIED.

Dated October 23, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge