**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-007500REB-BNB

DONALD ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the plaintiff's **On Motion by Leave of This Honorable Court Requesting That Chief Judge Order That The Cases be Consolidated and Jointly Tried on Issue of Liability and That Questions of Damages be Tried by Together** [#39], filed September 24, 2007. The motion is **DENIED** without prejudice. The plaintiff does not state adequate bases for consolidation under Fed.R.Civ. P. 42.

    Dated: November 15, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.