IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00750-REB-BNB

DON ALTON HARPER,

Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Rosenthal's Unopposed Motion to Set Deadline to Respond to Complaint** [docket no. 62, filed December 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Rosenthal shall answer or respond to the plaintiff's Complaint on or before **February 11, 2008**.

DATED: December 21, 2007