IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00750-REB-KMT

DON ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


"Plaintiff's Motion for Election for Instructions for Jury" (#79, filed February 25, 2008) is DENIED. The document appears to be Plaintiff's proposed jury instructions. The Clerk's Office is directed to send a copy of Judge Blackburn's civil practice standards to Plaintiff with this order. Plaintiff is expected to be familiar and to comply with these procedures

Dated: March 6, 2008