IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00750-REB-KMT

DON ALTON HARPER,

            Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

            Defendants.

_____

ORDER TO CURE DEFICIENCY

_____

Blackburn, Judge

        Plaintiff submitted a Notice of Appeal on September 17, 2008.  The court has determined

that the document is deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue this appeal.

**(A)    Filing Fee**
         X      is not submitted

**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915**
         **and Fed. R. App. P. 24**:
         X      is not submitted
         ___    is missing affidavit
         ___    is missing certified copy of prisoner's trust fund statement for the 6-month period
                immediately preceding this filing
         ___    is missing required financial information
         ___    is missing an original signature by the prisoner
         ___    is not on proper form (must use the court's current form)
         ___    other_____

Accordingly, it is

        ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

1

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 19th day of September, 2008.


BY THE COURT:


**s/ Robert E. Blackburn**

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO