# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00750-REB-KMT

DONALD ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

## ORDER DENYING PLAINTIFF'S POST-JUDGMENT MOTIONS

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiff's motion [#99] filed September 18, 2008, captioned as "**F.R.C.P. 12(b)(2), and F.R.C.P. 12(b)(7)**"; and (2) the plaintiff's **Request for Leave To Submit for Hearings, Affidavits, Jury Demand** [#105] filed October 1, 2008. The defendant filed a response, *see* [#106 & #108], to each motion. I deny the motions.

On September 11, 2008, I entered an order [#96] approving and adopting the recommendation [#92] of the magistrate judge and granting the defendants' motion to dismiss. On September 17, 2008, the plaintiff, Don A. Harper, filed a notice of appeal [#97]. Judgment [#100] was entered on September 19, 2008. After filing his notice of appeal, Harper filed the two motions addressed in this order. Harper's first motion [#99] is not postured explicitly as a motion to alter or amend judgment or a motion for relief from judgment under Fed. R. Civ. P. 59(e) and 60(b). In this motion, however, Harper

requests that the court "withdraw its order overrruling objections to and adopting the recommendation of U.S. Magistrate Judge . . . ." *F.R.C.P. 12(b)(2), and F.R.C.P. 12(b)(7)* [#99] filed September 18, 2008, p. 1. I read this motion as a motion for relief from judgment. Harper's second motion [#105] seeks relief under Rules 6, 59, and 60. *Request for Leave To Submit for Hearings, Affidavits, Jury Demand* [#105] filed October 1, 2008, p. 1. Fed.R.Civ.P. 6, which concerns time computations, is not applicable to the relief Harper seeks in his motions.

Generally, the filing of a notice of appeal divests the district court of jurisdiction over the issues on appeal. **Lancaster v. Independent School Dist. No. 5**, 149 F.3d 1228, 1237 (10th Cir. 1998). However, a district court may deny a motion under Fed.R.Civ.P. 59(e) or 60(b) on the merits even after the filing of a notice of appeal. **Warren v. American Bankers Ins. of Florida**, 507 F.3d 1239, 1244 (10th Cir. 2007) (Rule 59(e) motion); **W.N.J. v. Yocom**, 257 F.3d 1171, 1172 - 73 n. 1 (10th Cir. 2001); **Aldrich Enterprises, Inc. v. U.S.**, 938 F.2d 1134, 1143 (10th Cir.1991) (60(b)(2) motion).

Having considered Harper's motions, I find and conclude that he has not demonstrated any basis in fact or law to alter or amend the judgment in this case under Fed.R.Civ.P. 59(e) or for relief from judgment under Fed.R.Civ.P. 60(b).

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's motion [#99] filed September 18, 2008, captioned as "**F.R.C.P. 12(b)(2), and F.R.C.P. 12(b)(7)**", is **DENIED**; and

2. That the plaintiff's **Request for Leave To Submit for Hearings, Affidavits, Jury Demand** [#105] filed October 1, 2008, is **DENIED**.

Dated December 9, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**