IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00750–REB–KMT

DON ALTON HARPER,

     Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Vacate and Reset Preliminary Scheduling Conference" (#127, filed October 22, 2009) is GRANTED.  The November 18, 2009 Preliminary Scheduling Conference is VACATED and RESET to December 3, 2009 at 9:15 a.m.

Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated: October 23, 2009