IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00750–REB–KMT

DON ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting the List of Exhibits from A thru G Offered into Evidence" (#137, filed December 18, 2009) and Plaintiff's "Motion Pursuant to Fed. R. Civil Proc. R. 37, 26(a)(1) 'Exhibits' that Contains the Interrogatory Docs." (#138, filed December 18, 2009) are DENIED. Plaintiff appears to be providing the documents pursuant to Fed. R. Civ. P. 26(a)(3) as pretrial disclosures. No motion is necessary for Plaintiff to provide pretrial disclosures to Defendants, nor is Plaintiff required to provide the Court with copies of any documents provided pursuant to Fed. R. Civ. P. 26(a).

Dated: December 21, 2009