IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00750–REB–KMT

DON ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's "Scheduling Order" (#141, filed December 21, 2009), docketed as a Motion to Amend the Complaint. In light of the court's duty to review *pro se* pleadings liberally, *see Trackwell v. United States*, 472 F.3d 1242, 1243 (10th Cir. 2007), the court construes Plaintiff's submission as a motion to amend the complaint.

The Federal Rules of Civil Procedure provide that a party may amend a pleading by leave of court, and that leave shall be given freely when justice so requires. Fed. R. Civ. P. 15(a). Although the federal rules permit and require liberal construction and amendment of pleadings, the rules do not grant the parties unlimited rights of amendment. A motion to amend may be denied on the grounds of undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the

opposing party by virtue of allowance of the amendment, or futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

When seeking leave of the court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims.

Here, the plaintiff does not describe the proposed amendment, nor does he attach a proposed amended complaint to his Motion. As a result, it is impossible to determine if the proposed amendment is permissible. Therefore,

IT IS ORDERED that Plaintiff's Motion (#141) is **DENIED** without prejudice.

Dated this 29th day of December, 2009.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge