IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00750–REB–KMT

DON ALTON HARPER,

    Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of the Recommendation that this case be dismissed in its entirety (Doc. No. 148), "Defendants' Motion to Stay Discovery and for Protective Order" (Doc. No. 145) is GRANTED. All pending discovery is stayed pending ruling on Defendants' motion to dismiss.

Dated: February 9, 2010