**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00750-REB-KMT

DON ALTON HARPER,

       Plaintiff,

v.

P. URBANO, P.A., and
NORMAN S. ROSENTHAL, M.D.,

       Defendants.

---

**ORDER TO CURE DEFICIENCY**

---

Blackburn, Judge

       Plaintiff submitted a Notice of Appeal on April 26, 2010.  The court has determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the following if

he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      X     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
    and Fed. R. App. P. 24**:
      X     is not submitted
      __     is missing affidavit
      __     is missing certified copy of prisoner's trust fund statement for the 6-month period
            immediately preceding this filing
      __     is missing required financial information
      __     is missing an original signature by the prisoner
      __     is not on proper form (must use the court's current form)
      __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 28th  day of April, 2010.


BY THE COURT:


s/ Robert E. Blackburn

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO